

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00071-CR

_____

BILLY JOE SMITH, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 0518108

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# MEMORANDUM OPINION

Billy Joe Smith was on deferred adjudication community supervision for the offense of aggravated sexual assault of a child. The State filed a motion for adjudication and revocation, alleging that Smith failed to pay fees, fines, and costs assessed as part of his supervision and that he violated the terms and conditions of his supervision by being in the direct presence of or having personal contact with children. The trial court found the allegations true, adjudicated him guilty, and sentenced him to life in prison.

Based on the reasoning and analysis in our opinion in cause number 06-12-00065-CR, issued on even date herewith, we overrule Smith's points of error.

We affirm the trial court's judgment and sentence.


Jack Carter
Justice

Date Submitted:     January 10, 2013
Date Decided:       January 23, 2013

Do Not Publish

2